UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CONNOR CULIVER, DAVID BURKHARDT,
MICHAEL HECKMULLER and GAVIN
YINGLING,

      Plaintiffs,

 -against-

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
TRANSPORTATION, UNITED STATES
MERCHANT MARINE ACADEMY, JAMES A.
HELIS and JOHN DOES 1-10,

      Defendants.
-----------------------------------------------------------X
BRENNAN BECKER,

      Plaintiff,

 -against-

JAMES HELIS, in his capacity as Superintendent
United States Merchant Marine Academy, UNITED
STATES MERCHANT MARINE ACADEMY,
UNITED STATES DEPARTMENT OF
TRANSPORTATION, and the UNITED STATES
OF AMERICA,

      Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   JUN 15 2017   ★
LONG ISLAND OFFICE

ORDER

17-CV-3514
(Wexler, J.)

17-CV-3543

WEXLER, District Judge:

 Upon review of the submissions of the parties, the following is ordered:

1. The plaintiffs will be permitted to participate in the commencement ceremony on Saturday, June 17, 2017;

2. Each plaintiff's degree, certificate of graduation, diploma, Coast Guard license, commissioning documents, and any other graduation materials will be withheld and maintained

by the defendant U.S. Merchant Marine Academy (the "Academy"), the U.S. Coast Guard and/or the U.S. Department of Defense; and

3. A hearing on plaintiffs' motion for an injunction reinstating them to the Academy will be held on **July 6, 2017 at 10:30 a.m.** in courtroom 940 of the Central Islip courthouse.

SO ORDERED.

/s/ LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
June 15, 2016